No. 483.   SPEISER *v.* RANDALL, ASSESSOR OF CONTRA COSTA COUNTY, CALIFORNIA; and
No. 484.   PRINCE *v.* CITY AND COUNTY OF SAN FRANCISCO.   Appeals from the Supreme Court of California.

Probable jurisdiction noted. THE CHIEF JUSTICE took no part in the consideration or decision of these applications. *Franklin H. Williams* for appellants. *Dion R. Holm* for appellees. Reported below: No. 483, 48 Cal. 2d 903, 311 P. 2d 546; No. 484, 48 Cal. 2d 472, 311 P. 2d 544.